JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RICHARD GREG POMARES, | ) No. CV 08-08237-MMM (VBK) |
| Petitioner, | ) ORDER FOR SUMMARY DISMISSAL |
| v. | ) |
| LINDA SANDERS, et al., | ) |
| Respondents. | ) |

On December 15, 2008, Richard Greg Pomares (hereinafter "Petitioner") initiated this action, pro se, by filing a "Petition for Writ of Habeas Corpus by a Person in Federal Custody," pursuant to 28 U.S.C. §2241.

On December 18, 2008, Petitioner filed correspondence wherein Petitioner notified this Court that he wished to have the Petition voluntarily dismissed.

//
//
//
//
//

Pursuant to Fed.R.Civ.P. 41(a)(2), Petitioner's habeas petition is hereby dismissed without prejudice.

**IT IS THEREFORE ORDERED** that this Petition is hereby dismissed without prejudice.

DATED: January 13, 2009

*Margaret M. Morrow*
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

Presented this  30th   day of December 2008 by:

_____/s/_____
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE